■ In the Matter of CARMELLA H., a Person Alleged to be a Juvenile Delinquent, Appellant. [648 NYS2d 328] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from a fact-finding order of the Family Court, Westchester County (Spitz, J.), entered September 27, 1995, which, after a hearing, found that the appellant committed an act which, if committed by an adult, would have constituted the crime of assault in the third degree as defined in Penal Law § 120.00 (1).

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal lies as of right from the nondispositional order before us (see, Family Ct Act § 365.1 [1]; Matter of Lance S., 51 AD2d 1057; see also, Matter of Edwin L., 88 NY2d 593). Miller, J. P., Ritter, Goldstein and Florio, JJ., concur.

■ In the Matter of LAWRENCE A. HADDART, Petitioner, v JAMES W. McMAHON, as Superintendent of the New York State Police, et al., Respondents. [648 NYS2d 310] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Superintendent of the New York State Police, dated March 24, 1995, which adopted the recommendation of a hearing board, made after a hearing, and dismissed the petitioner from the Division of the State Police.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The determination of the Superintendent of the New York State Police was supported by substantial evidence in the record (see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights, 45 NY2d 176, 179-180; Matter of Pell v Board of Educ., 34 NY2d 222, 230-231).

The petitioner's remaining contentions are without merit. O'Brien, J. P., Copertino, Pizzuto and Hart, JJ., concur.